IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WILLIE DELOIS PORTER PLAINTIFF

v. CAUSE NO: 1:26-CV-82-SA-DAS

PETER GILLESPIE, PEARLIE MAE GILLESPIE,
PAUL PORTER, and TIMOTHY GOWAN DEFENDANTS

ORDER

Willie Delois Porter, who is proceeding *pro se*, initiated this lawsuit by filing her Complaint [1] on May 18, 2026. She filed an Amended Complaint [4] on June 11, 2026. On July 2, 2026, the Court entered an Order to Show Cause [6] identifying jurisdictional and venue issues associated with this case. The Court provided Porter an opportunity to respond and show cause as to why the case should not be dismissed.

On July 14, 2026, Porter timely responded. *See* [9]. In her Response [9], in addition to making contentions about the Court apparently making "false allegations" about her lawsuits, Porter clearly indicated that she "is withdrawing all of her cases from this court." [9] at p. 1.

The Court therefore entered an Order [10] dismissing the case on July 21, 2026.

Porter has since filed a Motion to Transfer [11]. Notably, the Motion [11] purports to have been signed by Porter on July 20, 2026 but was postmarked on July 21, 2026—the same day the Court dismissed the case. The entirety of the Motion to Transfer [11] provides:

> I, Willie Delois Porter Plaintiff in the above describe[d] Cases [am] requesting that both of them be transferred to the proper district immediately because at the time of their filings I did not know Noxubee County was in the United States District Court For The Southern District of Mississippi. Before I filed this motion I did contact the office in Oxford to find out what I needed to do. I believe in doing things the right way. I will appreciate the court helping me get this matter resolved as quickly as possible.

[11] at p. 1.

In short, there is no basis to transfer this case to the Southern District of Mississippi. Porter did not—and still has not—responded to the multiple substantive defects the Court identified with her Amended Complaint [4]. The Court dismissed the case after she specifically advised the Court that she was "withdrawing all of her cases[.]" [9] at p. 1.

Her desire to transfer an inherently flawed, now-closed case is not well-taken. The Motion [11] is DENIED. The case remains closed.

SO ORDERED, this the 25th day of September, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE